**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARJORIE S. BOOKMAN,**

        **Plaintiff,**

**-vs-**                                            **Case No. 6:08-cv-1986-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____/

# ORDER

This case is before the Court on the Commissioner of Social Security's ("Commissioner") Unopposed Motion to Affirm (Doc. No. 18) filed September 13, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed September 15, 2011 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Commissioner's Unopposed Motion to Affirm (Doc. No. 18) is **GRANTED**.

3.    The final decision of the Commissioner is **AFFIRMED**.

4.    The Clerk of the Court is directed to enter judgment for Plaintiff.

5. The Clerk of the Court is directed to lift the administrative closure of this file, and after entry of judgment as set forth herein, to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of October, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party