# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARJORIE S. BOOKMAN,**

        **Plaintiff,**

-vs-                                      **Case No. 6:08-cv-1986-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____/

# ORDER

This case is before the Court on Plaintiff's Motion for Attorney's Fees and Costs (Doc. No. 23) filed October 11, 2011, and Plaintiff's Motion for Attorney's Fees and Costs (Doc. No. 24) filed October 12, 2011. The United States Magistrate Judge has submitted a report recommending that the first motion be denied and the second motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation, as well as the Commissioner of Social Security's response to Plaintiff's Objection,[1] Plaintiff's Objection is overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

---

[1] Plaintiff has filed a Reply to the Commissioner of Social Security's Response to Plaintiff's Objection to the Report and Recommendation (Doc. 31). This Reply was not authorized by the Court or allowed by the applicable Rules and has not been considered by the Court.

1.       That the Report and Recommendation filed November 2, 2011 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.       Plaintiff's Motion for Attorney Fees and Costs (Doc. No. 23) is **DENIED**.

3.       Plaintiff's Motion for Attorney's Fees and Costs (Doc. No. 24) is **GRANTED in part** and **DENIED in part**. Plaintiff is awarded $2,875.00 in attorney's fees and $350.00 in costs.

4.       The Clerk of the Court is directed to enter judgment in favor of Plaintiff and against the Commissioner of Social Security in the amount of $2,875.00 in attorney's fees and $350.00 in costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of December, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record